DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHLEY RIERSON,**
Appellant,

v.

**PROGRESSIVE SELECT INSURANCE COMPANY, DAVID DEVEAU** and
**LATRICE PLA.**
Appellees.

No. 4D22-440

[April 6, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman and James L. Martz, Judge; L.T. Case No. 502011CA017400.

Henry A. Seiden of Seiden Law, Delray Beach, for appellant.

Joseph S. Kashi of Joseph S. Kashi, P.A., Plantation, for appellee David DeVeau.

Valerie A. Dondero and Barbara Fox of Kubicki Draper, P.A., Miami, for appellee Progressive Select Insurance Company.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***